# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 13 |
| **ROBERT BRUCE** | ) | Docket No. 20-12971-MDC |
| **Debtor** | ) | |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 103 W. Albemarle Avenue, Lansdowne, PA |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | **Hearing Date: January 19, 2021** |
| | ) | **Time: 10:30 a.m.** |
| ROBERT BRUCE | ) | **Courtroom: #2** |
| Respondent | ) | |

## ORDER

AND NOW, this _____ day of JANUARY, 2021, upon consideration of the Motion seeking Stay Relief filed by Santander Bank, N.A. ("Santander Bank"), pursuant to 11 U.S.C. Sections 362(d) and 1301(c), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by Santander Bank is hereby GRANTED; and it is further

ORDERED that the automatic stay provisions of Section 362 and Section 1301 of the Bankruptcy Code are hereby terminated with respect to Santander Bank; and it is further

ORDERED that Santander Bank is entitled to proceed with any and all available state court remedies on its second mortgage against the real property known as 103 W. Albermarle Avenue, Lansdowne, Delaware County, Pennsylvania ("Premises").

ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution.

                                                **BY THE COURT:**

                                                _____
                                                MAGDELINE D. COLEMAN
                                                United States Bankruptcy Judge