UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | Chapter 13 | |
|    **ROBERT BRUCE** ) | Docket No. 20-12971-MDC | |
|         **Debtor** ) | | |
| ) | MOTION FOR STAY RELIEF | |
| ) | 103 W. Albemarle Ave., Lansdowne, PA | |
| SANTANDER BANK, N.A. ) | | |
|        Movant ) | | |
|   vs. ) | | |
| ) | | |
| ROBERT BRUCE ) | | |
|        Respondent ) | | |

## ORDER

**AND NOW**, this ____ day of _____, 2021, upon the written Stipulation for Stay Relief signed by the Debtor, Robert Bruce, his counsel, Christopher Bokas, Esq., and Santander Bank ("Santander"), by and through its counsel Thomas A. Capehart, Esq., it is hereby:

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code shall be conditionally terminated with respect to Santander as of this date;

**ORDERED**, that if the Debtor fails to make the payments as required under the terms of the Stipulation, Santander shall, following a ten (10) day notice to debtor and debtor's counsel, be authorized to then file a Certificate of Default with the Court, upon which the Automatic Stay provisions of Section 362 shall be unconditionally terminated with respect to Santander and Santander shall be entitled to proceed with available state court remedies against the Premises located at 103 W. Albemarle Ave., Lansdowne, Delaware County, Pennsylvania ("Premises"), including without limitation, a mortgage foreclosure and Sheriff's Sale of the Premises, all without further application to this Court or notice to the Debtor or his counsel**.**

**ORDERED,** that this Order shall not be stayed until the expiration of the 14 days after its entry pursuant to Bankruptcy Rule 4001(a) but rather shall become effective as of the date this Order is signed.

**BY THE COURT**:

_____
MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge