UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ROBERT BRUCE,  :  Chapter 13

 :  Case No. 20-12971

Debtor  :

## PRAECIPE TO WITHDRAW PROOF OF CLAIM No. 4

TO THE CLERK:

Kindly withdraw Proof of Claim No. 4 in the above case.

Respectfully submitted,

*s/Christopher Bokas, Esq.*
CHRISTOPHER BOKAS, ESQ.
20 West Third Street
Media, PA 19063
Tel: 610-352-7100
Christopherbokas@gmail.com

August 22, 2022